Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>PREMIER MONEY SOURCE, INC., a CALIFORNIA INCORPORATION,.<br>DUANE WELLHOEFER an individual<br><br>Defendants, | Civil Case No.: 23-CV-0734-WQHDDL<br><br>PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff Thane Charman, in his individual capacity and moves to dismiss Defendant PREMIER MONEY SOURCE, INC and DUANE WELLHOEFER with prejudice pursuant to Rule 41(a)(1)(A)(i)

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Dated:   August 23, 2023        respectfully submitted,

By: /S/ Thane Charman

Thane Charman
Plaintiff, Pro SE

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE