PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
THOMAS J. PRENOVOST, JR., SBN 77813
tprenovost@pnbd.com
SYDNEY T. MURAOKA, SBN 339811
smuraoka@pnbd.com
2122 North Broadway, Suite 200
Santa Ana, California 92706-2614
Phone No.:     (714) 547-2444
Fax No.:        (714) 835-2889

Attorneys for PREMIER MONEY
SOURCE, INC. and DUANE
WELLHOEFER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>     Plaintiff,<br><br>v.<br><br>PREMIER MONEY SOURCE, INC., a CALIFORNIA CORPORATION; DUANE WELLHOEFER, an individual,<br><br>     Defendant. | Case No. 23CV734-WQH-DDL<br><br>**STIPULATION TO DISMISS THE COMPLAINT WITH PREJUDICE;** |

**WHEREAS** on August 3, 2023, Plaintiff Thane Charman ("Plaintiff") and Defendants Premier Money Source, Inc. and Duane Wellhoeffer ("Defendants", collectively referred to as the "Parties") entered into a Settlement Agreement ("Agreement").

**WHEREAS** pursuant to that Agreement, the Plaintiff agreed to dismiss the Complaint with prejudice.

**IT IS HEREBY STIPULATED**, by and between the Parties, pursuant to Federal Rule of Civil Procedure (F.R.C.P.) Rule 41(a)(1)(A)(ii), the Complaint be voluntarily dismissed with prejudice.

1

2  DATED: August 29, 2023

3

4                                        By: _____

5                                            Thane Charman, Pro Se

6

7  DATED: August 28, 2023          PRENOVOST, NORMANDIN, DAWE &
                                   ROCHA
8                                  A Professional Corporation

9

10

11                                 By: _____/s/ Sydney Muraoka_____
12                                     THOMAS J. PRENOVOST, JR.
                                       SYDNEY T. MURAOKA
13                                     Attorneys for PREMIER MONEY
                                       SOURCE, INC. and DUANE
14                                     WELLHOEFER

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL. (714) 547-2444 · FAX (714) 835-2889

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PRENOVOST, NORMANDIN, DAWE & ROCHA
A Professional Corporation
2122 NORTH BROADWAY, SUITE 200
SANTA ANA, CALIFORNIA 92706-2614
TEL (714) 547-2444 · FAX (714) 835-2889